United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Henry W. Kaufmann, Jr.  
Roxanne Kaufmann  
     Debtors

Case No. 15-18013-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP      Page 1 of 1      Date Rcvd: Aug 22, 2016  
                         Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2016.  
13687254      +Wells Fargo Bank, N.A.,   Attention: Bankruptcy Department,   MAC# D3347-014,  
         3476 STATEVIEW BOULEVARD,   FORT MILL, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2016                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2016 at the address(es) listed below:  
        ANDREW F GORNALL    on behalf of Creditor   Wilmington Savings Fund Society et al...  
         agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
        ISAAC F. SLEPNER    on behalf of Joint Debtor Roxanne  Kaufmann isaac@slepnerlaw.com  
        ISAAC F. SLEPNER    on behalf of Debtor Henry W. Kaufmann, Jr. isaac@slepnerlaw.com  
        JOSEPH PATRICK SCHALK    on behalf of Creditor   Wells Fargo Bank, NA paeb@fedphe.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Wilmington Savings Fund Society et al...  
         bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                            TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-18013-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Henry W. Kaufmann, Jr.  
843 DeKalb Drive  
Yardley PA 19067

Roxanne Kaufmann  
843 DeKalb Drive  
Yardley PA 19067

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/19/2016.

Name and Address of Alleged Transferor(s):

Claim No. 2: Wells Fargo Bank, N.A., Attention: Bankruptcy Department, MAC# D3347-014, 3476 STATEVIEW BOULEVARD, FORT MILL, SC, 29715

Name and Address of Transferee:

Wilmington Savings Fund Society, C/O  
Rushmore Loan Management Services  
P.O. Box 52708  
Irvine, CA 92619-2708

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/24/16

Tim McGrath  
**CLERK OF THE COURT**