**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re** | **:** | **CHAPTER 13** |
| | **:** | |
| **HENRY W. KAUFMANN, Jr. and** | | |
| **ROXANNE KAUFMANN,** | **:** | **Bankruptcy No. 15-18013-JKF** |
| | **:** | |
| **Debtors** | **:** | |
| | **:** | |

**CERTIFICATE OF NO RESPONSE**

I, Isaac F. Slepner, Esquire, hereby certify that, after filing and service of the Debtors' Counsel's Application for Compensation of Fees and Reimbursement of Expenses, there was no response thereto. As such, Counsel respectfully requests the Application be granted.


DATE: <u>SEPTEMBER 9, 2016</u>                    /s/ Isaac F. Slepner
                                                                              ISAAC F. SLEPNER, ESQUIRE
                                                                              2628 Martha Street
                                                                              Suite 2A
                                                                              Philadelphia, PA 19125
                                                                              T: (215) 703-8579
                                                                              F: (215) 764-5522
                                                                              *Attorney for Debtors*