## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | CHAPTER 13 |
| | : | |
| HENRY W. KAUFMANN, JR. and | : | No. 15-18103-JKF |
| ROXANNE KAUFMANN, | : | |
| Debtors | : | |

### ORDER

    AND NOW, this ____ day of _____, 2016, upon consideration of the Application of Isaac F. Slepner, Esquire as counsel to the Debtors for Compensation and Reimbursement of Expenses (the "Application") and any responses thereto, it is hereby ORDERED AND DECREED that:

    1.    The Application is GRANTED.

    2.    Isaac F. Slepner, Esquire, counsel to the Debtor, is allowed compensation in the amount of $3,500.00 for services rendered.

    3.    The Debtors and/or the Chapter 13 Trustee is/are authorized to pay Isaac F. Slepner, Esquire the amounts allowed (less any monies previously paid as a retainer) forthwith from funds in the bankruptcy estates and/or the Chapter 13 Plan fund.

BY THE COURT:

**Date: October 31, 2016**

_____
Jean K. FitzSimon
U.S. Bankruptcy Judge