United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Henry W. Kaufmann, Jr.
Roxanne Kaufmann
    Debtors

Case No. 15-18013-jkf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Oct 31, 2016
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2016.
db/jdb        +Henry W. Kaufmann, Jr.,   Roxanne Kaufmann,   843 DeKalb Drive,   Yardley, PA 19067-4371

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2016 at the address(es) listed below:
           ANDREW F GORNALL    on behalf of Creditor    Wilmington Savings Fund Society et al...
            agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
           ISAAC F. SLEPNER    on behalf of Joint Debtor Roxanne  Kaufmann isaac@slepnerlaw.com
           ISAAC F. SLEPNER    on behalf of Debtor Henry W. Kaufmann, Jr. isaac@slepnerlaw.com
           JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
           JOSEPH PATRICK SCHALK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
           JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society et al...
            bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
           WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                     TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | CHAPTER 13 |
| | : | |
| HENRY W. KAUFMANN, JR. and | : | No. 15-18103-JKF |
| ROXANNE KAUFMANN, | : | |
| Debtors | : | |

**ORDER**

      AND NOW, this ____ day of _____, 2016, upon consideration of the Application of Isaac F. Slepner, Esquire as counsel to the Debtors for Compensation and Reimbursement of Expenses (the "Application") and any responses thereto, it is hereby ORDERED AND DECREED that:

      1.     The Application is GRANTED.

      2.     Isaac F. Slepner, Esquire, counsel to the Debtor, is allowed compensation in the amount of $3,500.00 for services rendered.

      3.     The Debtors and/or the Chapter 13 Trustee is/are authorized to pay Isaac F. Slepner, Esquire the amounts allowed (less any monies previously paid as a retainer) forthwith from funds in the bankruptcy estates and/or the Chapter 13 Plan fund.

BY THE COURT:

**Date: October 31, 2016**

_____
Jean K. FitzSimon
U.S. Bankruptcy Judge