# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Roxanne Kaufmann<br>         Henry W. Kaufmann Jr.<br>                    Debtors | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, its successors and/or assigns<br>                    Movant<br>     vs. | NO. 15-18013 JKF |
| Roxanne Kaufmann<br>Henry W. Kaufmann Jr.<br>                    Debtors | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>                    Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, which was filed with the Court on or about October 19, 2016.

Respectfully submitted,

**/s/Thomas I. Puleo, Esquire**
Thomas Puleo, Esquire
Attorney for Movant/Applicant
KML Law Group, P.C.
Main Number: (215) 627-1322

December 21, 2016