# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 15-18013-JKF

HENRY W. KAUFMANN, JR.
ROXANNE KAUFMANN
843 DEKALB DRIVE

YARDLEY, PA 19067

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    HENRY W. KAUFMANN, JR.
    ROXANNE KAUFMANN
    843 DEKALB DRIVE

    YARDLEY, PA 19067

Counsel for debtor(s), by electronic notice only.

    ISAAC F SLEPNER ESQ
    2628 MARTHA ST
    SUITE 2A
    PHILA, PA 19125-

                                        /S/ William C. Miller

Date: 5/2/2017                              _____

                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee