# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

       Chapter 13

       Bankruptcy No. 15-18013-JKF

HENRY W. KAUFMANN, JR.
ROXANNE KAUFMANN
843 DEKALB DRIVE

YARDLEY, PA 19067

   Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

   HENRY W. KAUFMANN, JR.
   ROXANNE KAUFMANN
   843 DEKALB DRIVE

   YARDLEY, PA 19067

Counsel for debtor(s), by electronic notice only.

   ISAAC F SLEPNER ESQ
   2628 MARTHA ST
   SUITE 2A
   PHILA, PA 19125-

Date: 9/29/2017

                                          /S/ William C. Miller
                                          _____

                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee