**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re** | : | **CHAPTER 13** |
| | : | |
| **HENRY W. KAUFMANN, Jr. and** | : | |
| **ROXANNE KAUFMANN,** | : | Bankruptcy No. 15-18013-ELF |
| | : | |
| **Debtor** | : | |
| | : | |

**ORDER**

AND NOW, this _____ day of _____, 201__, upon the Debtors' Motion to Approve Loan Modification, and any response thereto, it is hereby ORDERED that the Debtors' Motion to Approve Loan Modification is GRANTED and that the Debtors may proceed with the modification agreed to in principle on June 6, 2017, between themselves and Rushmore Loan Management Services

BY THE COURT:

_____
Hon. Eric L. Frank
Chief U.S. Bankruptcy Judge