# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re** | : | **CHAPTER 13** |
| | : | |
| **HENRY W. KAUFMANN, Jr. and** | : | |
| **ROXANNE KAUFMANN,** | : | **Bankruptcy No. 15-18013-ELF** |
| | : | |
| **Debtor** | : | |
| | : | |

## ORDER

AND NOW, this _____ day of _____, 2018, upon the Debtors' Motion to Abate Arrears and Modify Plan Payments Post-Confirmation, and any response thereto, it is hereby ORDERED that the Debtors' Motion to Abate Arrears and Modify Plan Payments Post-Confirmation is GRANTED and that the Proposed Post-Confirmation Plan is APPROVED.

BY THE COURT:

_____
Hon. Eric L. Frank
Chief U.S. Bankruptcy Judge