# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | **CHAPTER 13** |
| | : | |
| **HENRY W. KAUFMANN, Jr. and** | : | |
| **ROXANNE KAUFMANN,** | : | **Bankruptcy No. 15-18013-ELF** |
| | : | |
| **Debtor** | : | |
| | : | |

## CERTIFICATE OF NO RESPONSE

The Debtors, by and through their undersigned Counsel, hereby certify that their Motion to Abate Arrears and Modify Plan Payments Post-Confirmation and a Notice of Motion were filed on December 15, 2017, and that there has been no response to their Motion from any party to date. As such, the Debtors respectfully request that their Motion be granted.

DATE: January 29, 2018             /s/ Isaac F. Slepner
                                                        ISAAC F. SLEPNER
                                                        *Attorney for Debtors*