United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Henry W. Kaufmann, Jr.  
Roxanne Kaufmann  
    Debtors

Case No. 15-18013-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP                    Page 1 of 1                    Date Rcvd: Jan 31, 2018
                        Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2018.
db/jdb         +Henry W. Kaufmann, Jr.,    Roxanne Kaufmann,    843 DeKalb Drive,    Yardley, PA 19067-4371

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2018 at the address(es) listed below:
      ANDREW  SPIVACK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
      ANDREW F GORNALL    on behalf of Creditor    Wilmington Savings Fund Society et al...
       agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    Wilmington Savings Fund Society et al...
       bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
      ISAAC F. SLEPNER    on behalf of Joint Debtor Roxanne  Kaufmann isaac@slepnerlaw.com
      ISAAC F. SLEPNER    on behalf of Debtor Henry W. Kaufmann, Jr. isaac@slepnerlaw.com
      JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society et al...
       bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
      THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society et al...
       tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                             TOTAL: 11

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| **HENRY W. KAUFMANN** | : | |
| **ROXANNE KAUFMANN,** | : | |
| Debtors | : | Bky. No. 15-18013  ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Amended Chapter 13 Plan (Doc. #100 ) is **APPROVED**.

**Date: January 31, 2018**

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**