# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | CHAPTER 13 |
| | : | |
| HENRY W. KAUFMANN, Jr. and | : | |
| ROXANNE KAUFMANN, | : | Bankruptcy No. 15-18013-JKF |
| | : | |
| Debtors | : | |
| | : | |

## CERTIFICATE OF NO RESPONSE

    I, Isaac F. Slepner, Esquire, hereby certify that, after filing and service of the Debtors' Motion to Modify Plan Payments Post-Confirmation, there was no response thereto. As such, Counsel respectfully requests the Motion be granted.

DATE: <u>JULY 25, 2018</u>

/s/ Isaac F. Slepner
ISAAC F. SLEPNER, ESQUIRE
2628 Martha Street
Suite 2A
Philadelphia, PA 19125
T: (215) 703-8579
F: (215) 764-5522
*Attorney for Debtors*