**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| HENRY W. KAUFMANN and | : | |
| ROXANNE KAUFMANN, | : | |
| Debtors | : | Bky. No. 15-18013  ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Amended Chapter 13 Plan (Doc. #129 ) is **APPROVED**.

**Date: September 4, 2018**

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE