United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 15-18013-elf
Henry W. Kaufmann, Jr.                                              Chapter 13
Roxanne Kaufmann
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: PaulP              Page 1 of 1         Date Rcvd: Sep 06, 2018
                             Form ID: pdf900          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2018.
```
db/jdb         +Henry W. Kaufmann, Jr.,   Roxanne Kaufmann,   843 DeKalb Drive,   Yardley, PA 19067-4371
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

```
             ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2018 at the address(es) listed below:
```
          ANDREW  SPIVACK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
          ANDREW F GORNALL    on behalf of Creditor    Wilmington Savings Fund Society et al...
           agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Wilmington Savings Fund Society et al...
           bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          ISAAC F. SLEPNER    on behalf of Joint Debtor Roxanne  Kaufmann isaac@slepnerlaw.com
          ISAAC F. SLEPNER    on behalf of Debtor Henry W. Kaufmann, Jr. isaac@slepnerlaw.com
          JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society et al...
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society et al...
           bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society et al...
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
                                                                                             TOTAL: 12
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| HENRY W. KAUFMANN and | : | |
| ROXANNE KAUFMANN, | : | |
| Debtors | : | Bky. No. 15-18013  ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Amended Chapter 13 Plan (Doc. #129 ) is **APPROVED**.

**Date: September 4, 2018**

　　　　　　　　　　　　　　　　　　　**ERIC L. FRANK**
　　　　　　　　　　　　　　　　　　　**U.S. BANKRUPTCY JUDGE**