# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-18013-ELF

HENRY W. KAUFMANN, JR.
ROXANNE KAUFMANN
843 DEKALB DRIVE

YARDLEY, PA 19067

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    HENRY W. KAUFMANN, JR.
    ROXANNE KAUFMANN
    843 DEKALB DRIVE

    YARDLEY, PA 19067


Counsel for debtor(s), by electronic notice only.

    ISAAC F SLEPNER ESQ
    2628 MARTHA ST
    SUITE 2A
    PHILA, PA 19125-

                                        /S/ William C. Miller

Date: 3/25/2019

                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee