**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | CHAPTER 13 |
| | : | |
| HENRY W. KAUFMANN, Jr. and | : | No. 15-18013-ELF |
| ROXANNE KAUFMANN, | : | |
|     Debtors | | |

**NOTICE OF DEBTORS' MOTION TO ABATE ARREARS AND MODIFY PLAN
PAYMENTS POST-CONFIRMATION**

TO: THE DEBTORS, THE UNITED STATES TRUSTEE, AND ALL PARTIES- IN-INTEREST ENTITLED TO NOTICE:

1. Henry W. Kaufmann, Jr. and Roxanne Kaufmann ("Debtors") have filed a Motion to Abate Arrears and Modify Plan Payments Post-Confirmation with this Court, a copy of which is on file with the Clerk's Office at the address in paragraph 2 below.

2. Any party receiving this Notice may file an answer, objection or other responsive pleading to the Application with the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania, 900 Market Street, Suite 400, Philadelphia, PA 19107 on or before twenty-one (21) days from the date of this Notice. A copy of any answer, objection or other responsive pleading filed with respect to the Application must also be served upon the Debtor's counsel at the address below.

3. A hearing on this Motion will be held on May 7, 2019, at 1:00 PM, before the Honorable Eric L. Frank at the U.S. Bankruptcy Court, 900 Market Street, Courtroom #1, Philadelphia, PA 19107.

4. If a copy of the Motion is not enclosed herewith, a copy will be provided to you if you request a copy from the undersigned.

5. In the absence of any answer, objection, responsive pleading or request for hearing, Debtor will certify same to the Court and request that an Order be entered granting the Motion.

DATE: <u>April 8, 2019</u>                           /s/ Isaac F. Slepner
                                                                   ISAAC F. SLEPNER, ESQUIRE
                                                                   2628 Martha Street, Suite 2A
                                                                   Philadelphia, PA 19125
                                                                   (215) 703-8579
                                                                   *Attorney for Debtors*