**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | CHAPTER 13 |
| | : | |
| HENRY W. KAUFMANN, Jr. and | : | |
| ROXANNE KAUFMANN, | : | Bankruptcy No. 15-18013-ELF |
| | : | |
| Debtor | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, Isaac F. Slepner, Esquire, hereby certify that all parties in interest including the U.S. Trustee's Office, Standing Chapter 13 Trustee, all secured creditors, all priority unsecured creditors, and any interested non-priority unsecured creditors, have been served with the Debtors' Motion to Abate and to Amend Plan Post-Confirmation by the Court's electronic filing system or by first-class U.S. Mail at the addresses indicated on their filed proofs of claim.

DATE: April 8, 2019                             /s/ Isaac F. Slepner
                                                ISAAC F. SLEPNER, ESQUIRE
                                                2628 Martha Street, Suite 2A
                                                Philadelphia, PA 19125
                                                (215) 703-8579
                                                *Attorney for Debtors*