```
              UNITED STATES BANKRUPTCY COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

                         May 28, 2019

To: **Isaac F. Slepner, Esq.**


                         In re: **Henry W. Kauffman & Roxanne**
                                **Kauffman**
                         Bankruptcy No. **15-18013ELF**
                         Adversary No.
                         Chapter **13**

   Re **Motion to Modify Plan Post Confirmation**

The above pleading was filed in this office on **May 24,2019.**
Please be advised that the following document(s) has (have) not
been filed as required pursuant to the Federal Rules of
Bankruptcy Procedure and/or the Local Rules of this court:

         ()    Affidavit
         ()    Certificate of Service
         ()    Certification of no response
         ()    Notice pursuant to Rule 9019
         ()    Notice pursuant to Rule 2002
         ()    Notice pursuant to Rule 3007.1
         ()    Proof of Claim number not noted on
                     objection pursuant to Rule 3007.1(a)
         (**x**)    Proposed Order
         ()    Stipulation
         ()    Certification of Default
         ()    Other

In order for this matter to proceed to disposition, please submit
the above noted item(s) to this office within fourteen (14) days
from the date of this notice.  Otherwise, the matter will be
referred to the Court.

                         Timothy B. McGrath
                         Clerk



                         By: Paul A. Puskar
                              Deputy Clerk

status.frm
(rev. 11/26/2018)