**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | CHAPTER 13 |
| | : | |
| HENRY W. KAUFMANN, Jr. and | : | |
| ROXANNE KAUFMANN, | : | Bankruptcy No. 15-18013-ELF |
| | : | |
| Debtor | : | |
| | : | |

**<u>ORDER</u>**

      AND NOW, this ____ day of _____, 2019, upon consideration of the Debtors' Motion to Modify Chapter 13 Plan Post-Confirmation, and any response thereto, and any argument thereupon, it is hereby ORDERED that the Debtors' Motion is GRANTED. It is further hereby ORDERED that the total plan payments shall amount to $55,245.27 for the life of the plan, less the $25,277.00 already paid into the plan, for a total plan payment per month of $1,577.28 per month, said payments to begin on June 7, 2019 and to remain in effect for the remainder of the life of the plan.

                                              BY THE COURT:

                                              _____
                                              ERIC L. FRANK
                                              U.S. Bankruptcy Judge