# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | CHAPTER 13 |
| | : | |
| HENRY W. KAUFMANN, JR. and | : | No. 15-18103-JKF |
| ROXANNE KAUFMANN, | : | |
| Debtors | : | |

## CERTIFICATE OF NO RESPONSE

    I, Isaac F. Slepner, Esquire, hereby certify that after filing and service of Debtors' Counsel's Supplemental Application for Compensation of Fees and Expenses, there was no response thereto. As such, Debtors' Counsel requests that the Application be granted.

DATE: August 7, 2019

/s/ Isaac F. Slepner
ISAAC F. SLEPNER, ESQUIRE
2628 Martha Street, Suite 2A
Philadelphia, PA 19125
T: 215-703-8579
F: 215-764-5522
*Applicant/Attorney for Debtors*