# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | CHAPTER 13 |
| | : | |
| HENRY W. KAUFMANN, JR. and | : | No. 15-18103ELF |
| ROXANNE KAUFMANN, | : | |
|     Debtors | : | |

## ORDER

AND NOW, this 12th day of August, 2019, upon consideration of the Supplemental Application of Isaac F. Slepner, Esquire as counsel to the Debtors for Compensation and Reimbursement of Expenses (the "Supplemental Application") and any responses thereto, it is hereby ORDERED AND DECREED that:

1. The Supplemental Application is **GRANTED**.

2. Isaac F. Slepner, counsel to the Debtor, is **ALLOWED** supplemental compensation in the amount of $1,000.00 for services rendered IN the period 10/27/16 to 7/10/19.

3. The Debtors and/or the Chapter 13 Trustee is/are authorized to pay Isaac F. Slepner, Esquire the allowed supplemental compensation

_____
Eric L. Frank
U.S. Bankruptcy Judge