United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 15-18013-elf
Henry W. Kaufmann, Jr.                                              Chapter 13
Roxanne Kaufmann
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: PaulP              Page 1 of 1          Date Rcvd: Aug 12, 2019
                              Form ID: pdf900          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2019.
db/jdb         +Henry W. Kaufmann, Jr.,   Roxanne Kaufmann,   843 DeKalb Drive,   Yardley, PA 19067-4371

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2019 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor    Wilmington Savings Fund Society et al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Wilmington Savings Fund Society et al...
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              ISAAC F. SLEPNER    on behalf of Joint Debtor Roxanne   Kaufmann isaac@slepnerlaw.com
              ISAAC F. SLEPNER    on behalf of Debtor Henry W. Kaufmann, Jr. isaac@slepnerlaw.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society et al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society et al...
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society et al...
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society et al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 13

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | CHAPTER 13 |
| | : | |
| HENRY W. KAUFMANN, JR. and | : | No. 15-18103ELF |
| ROXANNE KAUFMANN, | : | |
| Debtors | : | |

**ORDER**

AND NOW, this  12th day of      August     , 2019, upon consideration of the Supplemental Application of Isaac F. Slepner, Esquire as counsel to the Debtors for Compensation and Reimbursement of Expenses (the "Supplemental Application") and any responses thereto, it is hereby ORDERED AND DECREED that:

1. The Supplemental Application is **GRANTED**.

2. Isaac F. Slepner, counsel to the Debtor, is **ALLOWED** supplemental compensation in the amount of $1,000.00 for services rendered IN the period 10/27/16 to 7/10/19.

3. The Debtors and/or the Chapter 13 Trustee is/are authorized to pay Isaac F. Slepner, Esquire the allowed supplemental compensation

_____
Eric L. Frank
U.S. Bankruptcy Judge