# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 15-18013-ELF

HENRY W. KAUFMANN, JR.
ROXANNE KAUFMANN
843 DEKALB DRIVE

YARDLEY, PA 19067

       Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

HENRY W. KAUFMANN, JR.
ROXANNE KAUFMANN
843 DEKALB DRIVE

YARDLEY, PA 19067

Counsel for debtor(s), by electronic notice only.

ISAAC F SLEPNER ESQ
2628 MARTHA ST
SUITE 2A
PHILA, PA 19125-

                /S/ William C. Miller

Date: 10/15/2019           _____

                William C. Miller, Esquire
                Chapter 13 Standing Trustee