**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
HENRY W. KAUFMANN, JR.  
ROXANNE KAUFMANN

Chapter 13

Debtor

Bankruptcy No. 15-18013-ELF

# **O R D E R**

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: December 10, 2019

_____  
Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
ISAAC F SLEPNER ESQ  
2628 MARTHA ST  
SUITE 2A  
PHILA, PA 19125-

Debtor:  
HENRY W. KAUFMANN, JR.  
ROXANNE KAUFMANN  
843 DEKALB DRIVE

YARDLEY, PA 19067