UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                         :    No.:    2:15-bk-18013-elf

    Roxanne & Henry Kaufmann          :

    Debtors                                    :    Chapter: 13

**Withdrawal of Appearance**

To the clerk of the above court:

Kindly withdraw my appearance on behalf of the debtor in the above matter.

Isaac Slepner, Esq.
100 N. Independence Mall West
Suite 5A NW
Philadelphia, PA 19106

Dated: December 11, 2019

**Entry of Appearance**

Kindly enter my appearance on behalf of the debtors in the above matter.

By:

Jonathan H. Stanwood, Esquire
8 Penn Center, Suite 1000
1628 J.F.K. Blvd
Philadelphia, Pa 19103
(215) 569-1040
Dated: December 11, 2019