United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                        Case No. 15-18013-elf
Henry W. Kaufmann, Jr.                                        Chapter 13
Roxanne Kaufmann
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia         Page 1 of 2              Date Rcvd: Dec 10, 2019
                            Form ID: pdf900        Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 12, 2019.
db/jdb         +Henry W. Kaufmann, Jr.,   Roxanne Kaufmann,   843 DeKalb Drive,   Yardley, PA 19067-4371
13632621       +Citibank,   P.O. Box 9001037,   Louisville, KY 40290-1037
13632624       +DATE: November 13, 2015/s/ Isaac F. Slepner,   2424 E. York Street Suite #315,
                 Philadelphia, PA19125,   215-703-8579,   Attorney for Debtors 19125-3044
13632618        In re)CHAPTER 13,   HENRY W. KAUFMANN, JR. and),   ROXANNE KAUFMANN,)No. 15-18013
13816723       +Isaac F. Slepner, Esquire,   100 N. Independence Mall West,,   Suite 5A, NW,
                 Philadelphia 19106-1559
13632622       +Wells Fargo,   7000 Vista Drive,   West Des Moines, IA 50266-9310
13712536        Wells Fargo Bank NA,   PO Box 10438,   Des Moines IA   50306-0438
13687254       +Wells Fargo Bank, N.A.,   Attention: Bankruptcy Department,   MAC# D3347-014,
                 3476 STATEVIEW BOULEVARD,   FORT MILL, SC 29715-7203
13632623       +Wells Fargo Home Mortgage,   P.O. Box 14411,   Des Moines, IA 50306-3411
13778870       +Wilmington Savings Fund Society,C/O,   Rushmore Loan Management Services,   P.O. Box 55004,
                 Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Dec 11 2019 03:27:02     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 11 2019 03:26:31
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 11 2019 03:26:55    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13683726       +E-mail/Text: cio.bncmail@irs.gov Dec 11 2019 03:26:13     Internal Revenue Service,
                 P O Box 7346,   Phila Pa 19101-7346
13699492       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 11 2019 03:26:43     MIDLAND FUNDING LLC,
                 PO Box 2011,   Warren, MI 48090-2011
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13632620        Debtors, by and through their undersigned counsel,
13632628        Debtors, by and through their undersigned counsel,
13632617        IN THE BANKRUPTCY COURT,   FOR THE EASTERN DISTRICT OF PENNSYLVANIA
13632625        IN THE BANKRUPTCY COURT,   FOR THE EASTERN DISTRICT OF PENNSYLVANIA
13632619        MATRIX LIST OF CREDITORS PURSUANT TO L.B.R. 1007-2
13632627        MATRIX LIST OF CREDITORS PURSUANT TO L.B.R. 1007-2
13632629*      +Citibank,   P.O. Box 9001037,   Louisville, KY 40290-1037
13632632*      +DATE: November 13, 2015/s/ Isaac F. Slepner,   2424 E. York Street Suite #315,
                 Philadelphia, PA19125,   215-703-8579,   Attorney for Debtors 19125-3044
13632626*       In re)CHAPTER 13,   HENRY W. KAUFMANN, JR. and),   ROXANNE KAUFMANN,)No. 15-18013
13632630*      +Wells Fargo,   7000 Vista Drive,   West Des Moines, IA 50266-9310
13632631*      +Wells Fargo Home Mortgage,   P.O. Box 14411,   Des Moines, IA 50306-3411
                                                                                        TOTALS: 6, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 10, 2019 at the address(es) listed below:
              ANDREW  SPIVACK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor    Wilmington Savings Fund Society et al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com

```
District/off: 0313-2          User: Virginia              Page 2 of 2              Date Rcvd: Dec 10, 2019
                              Form ID: pdf900             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Wilmington Savings Fund Society et al...
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              ISAAC F. SLEPNER    on behalf of Joint Debtor Roxanne   Kaufmann isaac@slepnerlaw.com
              ISAAC F. SLEPNER    on behalf of Debtor Henry W. Kaufmann, Jr. isaac@slepnerlaw.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society et al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society et al...
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society et al...
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society et al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 13
```

# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   
HENRY W. KAUFMANN, JR.   
ROXANNE KAUFMANN

Chapter 13

                  Debtor

Bankruptcy No. 15-18013-ELF

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: December 10, 2019**

_____  
Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
ISAAC F SLEPNER ESQ  
2628 MARTHA ST  
SUITE 2A  
PHILA, PA 19125-

Debtor:  
HENRY W. KAUFMANN, JR.  
ROXANNE KAUFMANN  
843 DEKALB DRIVE

YARDLEY, PA 19067