UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :        No.:    2:15-bk-18013-elf

    Roxanne & Henry Kaufmann              :

    Debtors                                      :        Chapter: 13

DEBTOR'S MOTION TO VACATE
ORDER OF DISMISSAL AND TO REINSTATE CASE

    1.    Movants are the debtors, Roxanne and Henry Kaufmann, having filed this case on November 6, 2015.

    2.    The debtors' 60 month plan was confirmed on October 27, 2016, leaving 11 months to go under the plan.

    3.    On December 10, 2019, the Court entered an order dismissing this matter on motion of the standing trustee.  A true and correct copy of the order dismissing case is attached hereto and marked "Exhibit A."

    4.    The trustee's motion sought dismissal for the debtor's failure to make plan payments.

    5.    Recently the Debtors had made a payment to the trustee of $2,795 and $1,897 but these amounts had not yet cleared prior to the hearing on December 10, 2019, and the trustee was unaware of these payments; to further muddy the waters, the debtors mistakenly thought that the hearing was on December 12, 2019, rather that December 10, and therefor did not appear at the court on that date.

    6.    Debtors do not wish this case to be dismissed and they intend to continue with the plan payments in accordance with their confirmed plan upon granting of the relief requested

herein.

7.	Movants therefor request that the court reconsider or rescind its December 10, 2019 order and reinstate the case.

WHEREFORE, Movants/Debtors request that this Honorable Court enter an order vacating the December 10, 2019, order, reinstate the case, reimpose the automatic stay and order further relief as is just and proper.

*Respectfully submitted,*

By:	/s/ Jonathan H. Stanwood
Jonathan H. Stanwood
Attorney for Debtors
Dated: December 11, 2019