```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                          Case No. 15-18013-elf
Henry W. Kaufmann, Jr.                                          Chapter 13
Roxanne Kaufmann
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: PaulP              Page 1 of 1             Date Rcvd: Jan 30, 2020
                              Form ID: pdf900          Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2020.
db/jdb         +Henry W. Kaufmann, Jr.,    Roxanne Kaufmann,    843 DeKalb Drive,    Yardley, PA 19067-4371
13632621       +Citibank,    P.O. Box 9001037,    Louisville, KY 40290-1037
13632624       +DATE: November 13, 2015/s/ Isaac F. Slepner,    2424 E. York Street Suite #315,
                 Philadelphia, PA19125,    215-703-8579,    Attorney for Debtors 19125-3044
13632618        In re)CHAPTER 13,    HENRY W. KAUFMANN, JR. and),    ROXANNE KAUFMANN,)No. 15-18013
13816723       +Isaac F. Slepner, Esquire,    100 N. Independence Mall West,,    Suite 5A, NW,
                 Philadelphia 19106-1559
13632622       +Wells Fargo,    7000 Vista Drive,    West Des Moines, IA 50266-9310
13712536        Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA    50306-0438
13687254       +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    MAC# D3347-014,
                 3476 STATEVIEW BOULEVARD,    FORT MILL, SC 29715-7203
13632623       +Wells Fargo Home Mortgage,    P.O. Box 14411,    Des Moines, IA 50306-3411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13683726       +E-mail/Text: cio.bncmail@irs.gov Jan 31 2020 03:01:11      Internal Revenue Service,
                 P O Box 7346,   Phila Pa 19101-7346
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2020 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor    Wilmington Savings Fund Society et al...
               agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Wilmington Savings Fund Society et al...
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              JONATHAN H. STANWOOD    on behalf of Joint Debtor Roxanne  Kaufmann jhs@stanwoodlaw.com,
               paralegal@stanwoodlaw.com,jhsecf@gmail.com
              JONATHAN H. STANWOOD    on behalf of Debtor Henry W. Kaufmann, Jr. jhs@stanwoodlaw.com,
               paralegal@stanwoodlaw.com,jhsecf@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society et al...
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society et al...
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society et al...
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society et al...
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 13
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    HENRY W. KAUFMANN | : | |
|    ROXANNE KAUFMANN, | : | |
|           Debtors | : | Bky. No.   15-18013 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtors' Motion Requesting that the Court Vacate the Prior Order Dismissing the Bankruptcy Case, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The court's Order dated **December 10, 2019 (Doc. #174 )** dismissing this bankruptcy case is **VACATED** and the above captioned bankruptcy case is **REINSTATED** effective upon the entry of this Order.

**Date: January 30, 2020**

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE