# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 15-18013-ELF

HENRY W. KAUFMANN, JR.
ROXANNE KAUFMANN
843 DEKALB DRIVE

YARDLEY, PA 19067

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    HENRY W. KAUFMANN, JR.
    ROXANNE KAUFMANN
    843 DEKALB DRIVE

    YARDLEY, PA 19067

Counsel for debtor(s), by electronic notice only.

    JONATHAN H STANWOOD ESQ
    8 PENN CENTER, SUITE 1000
    1628 JFK BLVD
    PHILADELPHIA, PA 19103

Date: 7/30/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee