UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

**IN RE:**  **CASE NO.: 15-18013-elf**
**CHAPTER 13**

**Henry W. Kaufmann, Jr.,**
   **Debtor.**

**Roxanne Kaufmann,**
   **Joint Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170,**
**DULUTH, GA 30097**

Robertson, Anschutz, Schneid & Crane LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170,
Duluth, GA 30097
Telephone: 470-321-7112

By: /s/Charles Wohlrab
   Charles Wohlrab
   Email: CWohlrab@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 25, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

HENRY W. KAUFMANN, JR.
843 DEKALB DRIVE
YARDLEY, PA 19067

ROXANNE KAUFMANN
843 DEKALB DRIVE
YARDLEY, PA 19067

And via electronic mail to:

LAW OFFICE OF JONATHAN H. STANWOOD, LLC
8 PENN CENTER, SUITE 1000
1628 JFK BLVD
PHILADELPHIA, PA 19103

LAW OFFICE OF JONATHAN H. STANWOOD, LLC
8 PENN CENTER, SUITE 1000
1628 JFK BLVD
PHILADELPHIA, PA 19103

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

By: /s/ Luwam Habtegabir
Luwam Habtegabir
Email: lhabtegabir@rascrane.com