# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br>Henry W. Kaufmann, Jr.,<br>   Debtor,<br>Roxanne Kaufmann,<br>   Joint Debtor,<br>Selene Finance LP, as Attorney In Fact for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust,<br>   Movant,<br>v.<br>Henry W. Kaufmann, Jr.,<br>Roxanne Kaufmann,<br>   Debtor(s)/Respondent(s),<br>William C. Miller, Esquire,<br>   Trustee/Respondent, | Bankruptcy No. 15-18013-elf<br><br>Chapter 13<br><br>Hearing Date: September 27, 2020<br>Hearing Time: 9:30 a.m.<br>Location: 900 Market Street,<br>Philadelphia, PA 19107 |

## PRAECIPE TO WITHDRAW DOCUMENT

**PLEASE TAKE NOTICE THAT**, on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Motion for Relief from Stay, DE 193, filed on September 08, 2020.**

By: /s/Charles Wohlrab
Charles G. Wohlrab
Robertson, Anschutz, Schneid & Crane, LLC
PA I.D 314532
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA 30097
Telephone: 973-575-0707
Facsimile: 973-404-8886
Email: cwohlrab@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 28, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Jonathan H. Stanwood
Law Office of Jonathan H. Stanwood, LLC
8 Penn Center, Suite 1000
1628 JFK Blvd
Philadelphia, PA 19103

Henry W. Kaufmann, Jr.
843 DeKalb Drive
Yardley, PA 19067

Roxanne Kaufmann
843 DeKalb Drive
Yardley, PA 19067

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

                                          By: /s/ Charles G. Wohlrab
                                          Charles G. Wohlrab, Esq.
                                          Robertson, Anschutz, Schneid & Crane, LLC
                                          Email: cwohlrab@rascrane.com