United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 15-18013-elf
Henry W. Kaufmann, Jr.   Chapter 13
Roxanne Kaufmann
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Henry W. Kaufmann, Jr., Roxanne Kaufmann, 843 DeKalb Drive, Yardley, PA 19067-4371 |
| cr | + | Wilmington Savings Fund Society, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Wilmington Savings Fund Society, FSB, D/B/A Christ, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 13632624 | + | DATE: November 13, 2015/s/ Isaac F. Slepner, 2424 E. York Street Suite #315, Philadelphia, PA19125, 215-703-8579, Attorney for Debtors 19125-3044 |
| 13632618 | | In re)CHAPTER 13, HENRY W. KAUFMANN, JR. and), ROXANNE KAUFMANN,)No. 15-18013 |
| 13816723 | + | Isaac F. Slepner, Esquire, 100 N. Independence Mall West,, Suite 5A, NW, Philadelphia 19106-1559 |
| 14522312 | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston TX 77042-4546 |
| 13632622 | + | Wells Fargo, 7000 Vista Drive, West Des Moines, IA 50266-9310 |
| 13712536 | | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |
| 13687254 | + | Wells Fargo Bank, N.A., Attention: Bankruptcy Department, MAC# D3347-014, 3476 STATEVIEW BOULEVARD, FORT MILL, SC 29715-7203 |
| 13632623 | + | Wells Fargo Home Mortgage, P.O. Box 14411, Des Moines, IA 50306-3411 |
| 14532367 | + | Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, c/o Charles Wohlrab, Esq., 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 13778870 | + | Wilmington Savings Fund Society,C/O, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 17 2021 03:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2021 03:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 17 2021 03:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13632621 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2021 04:11:05 | Citibank, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 13683726 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 17 2021 03:32:00 | Internal Revenue Service, P O Box 7346, Phila Pa 19101-7346 |
| 13699492 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 17 2021 03:34:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 19 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13632620 | | Debtors, by and through their undersigned counsel, |
| 13632628 | | Debtors, by and through their undersigned counsel, |
| 13632617 | | IN THE BANKRUPTCY COURT, FOR THE EASTERN DISTRICT OF PENNSYLVANIA |
| 13632625 | | IN THE BANKRUPTCY COURT, FOR THE EASTERN DISTRICT OF PENNSYLVANIA |
| 13632619 | | MATRIX LIST OF CREDITORS PURSUANT TO L.B.R. 1007-2 |
| 13632627 | | MATRIX LIST OF CREDITORS PURSUANT TO L.B.R. 1007-2 |
| 13632629 | *+ | Citibank, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 13632632 | *+ | DATE: November 13, 2015/s/ Isaac F. Slepner, 2424 E. York Street Suite #315, Philadelphia, PA19125, 215-703-8579, Attorney for Debtors 19125-3044 |
| 13632626 | * | In re)CHAPTER 13, HENRY W. KAUFMANN, JR. and), ROXANNE KAUFMANN,)No. 15-18013 |
| 13632630 | *+ | Wells Fargo, 7000 Vista Drive, West Des Moines, IA 50266-9310 |
| 13632631 | *+ | Wells Fargo Home Mortgage, P.O. Box 14411, Des Moines, IA 50306-3411 |

TOTAL: 6 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Apr 18, 2021 | Signature: | /s/Joseph Speetjens |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor Wilmington Savings Fund Society et al... agornall@kmllawgroup.com  bkgroup@kmllawgroup.com |
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  NA andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Wilmington Savings Fund Society et al... bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Selene Finance LP  as attorney in fact for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Wilmington Savings Fund Society cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Wilmington Savings Fund Society  FSB, D/B/A Christiana Trust, Not Individually But As Trustee For Pretium Mortgage Acquisition Trust cwohlrab@raslg.com |
| JEROME B. BLANK | on behalf of Creditor Wells Fargo Bank  NA paeb@fedphe.com |
| JONATHAN H. STANWOOD | on behalf of Joint Debtor Roxanne Kaufmann jhs@stanwoodlaw.com  cpb@stanwoodlaw.com,jhsecf@gmail.com |
| JONATHAN H. STANWOOD | on behalf of Debtor Henry W. Kaufmann  Jr. jhs@stanwoodlaw.com, cpb@stanwoodlaw.com,jhsecf@gmail.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor Wilmington Savings Fund Society et al... Josh.Goldman@padgettlawgroup.com  kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Wilmington Savings Fund Society et al... bkgroup@kmllawgroup.com |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 19

REBECCA ANN SOLARZ
    on behalf of Creditor Wilmington Savings Fund Society et al... bkgroup@kmllawgroup.com

THOMAS I. PULEO
    on behalf of Creditor Wilmington Savings Fund Society et al... tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 16

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Henry W. Kaufmann, Jr. and Roxanne Kaufmann

       Debtor(s)                                        Bankruptcy No: 15−18013−elf

                                                                 Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                          900 Market Street
                             Suite 400
                         Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                            For The Court
                                                                      Timothy B. McGrath
                                                                        Clerk of Court

Dated: 4/16/21

                                                                                                               205 − 204
                                                                                                          Form 138_new