United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-18013-elf |
| Henry W. Kaufmann, Jr. | Chapter 13 |
| Roxanne Kaufmann | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 18, 2021 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Henry W. Kaufmann, Jr., Roxanne Kaufmann, 843 DeKalb Drive, Yardley, PA 19067-4371 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2021          Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor Wilmington Savings Fund Society et al... agornall@kmllawgroup.com  bkgroup@kmllawgroup.com |
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  NA andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Wilmington Savings Fund Society et al... bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Wilmington Savings Fund Society cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Wilmington Savings Fund Society  FSB, D/B/A Christiana Trust, Not Individually But As Trustee For Pretium Mortgage Acquisition Trust cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: 195 | Total Noticed: 1 |

    on behalf of Creditor Selene Finance LP  as attorney in fact for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cwohlrab@raslg.com

JEROME B. BLANK

    on behalf of Creditor Wells Fargo Bank  NA paeb@fedphe.com

JONATHAN H. STANWOOD

    on behalf of Debtor Henry W. Kaufmann  Jr. jhs@stanwoodlaw.com, cpb@stanwoodlaw.com,jhsecf@gmail.com

JONATHAN H. STANWOOD

    on behalf of Joint Debtor Roxanne Kaufmann jhs@stanwoodlaw.com  cpb@stanwoodlaw.com,jhsecf@gmail.com

JOSHUA I. GOLDMAN

    on behalf of Creditor Wilmington Savings Fund Society et al... Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com

KEVIN G. MCDONALD

    on behalf of Creditor Wilmington Savings Fund Society et al... bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ

    on behalf of Creditor Wilmington Savings Fund Society et al... bkgroup@kmllawgroup.com

THOMAS I. PULEO

    on behalf of Creditor Wilmington Savings Fund Society et al... tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

    ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.

    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Henry W. Kaufmann, Jr. and Roxanne Kaufmann  : Case No. 15−18013−elf

    Debtor(s)

### ORDER
_____

AND NOW, this day , May 18th 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

212
Form 195